OPINION — AG — UNDER 8 O.S.H. 51 (CEMETERIES, LOTS) NOT LESS THAN 25% OF THE MONEY RECEIVED FROM THE SALE OF LOTS AND INTERMENTS SHOULD BE SEGREGATED AND SET ASIDE AS A PERMANENT FUND TO BE KNOWN AS " THE PERPETUAL CARE FUND " BUT THAT A GREATER PERCENTAGE OF SAID MONEY SUCH AS 75% THEREOF, MAY BE SEGREGATED AND SET ASIDE THERETO; AND THAT 8 O.S.H. 51.2 NOT TO EXCEED 25% OF SAID FUND MAY BE EXPENDED IN THE PURCHASE OF LANDS ADJACENT TO THE CEMETERY FOR CEMETERY PURPOSE. (FRED HANSEN)